# Exhibit B

CAUSE NO. D-1-GN-19-005215

| | | |
|---|---|---|
| TUEBOR REIT SUB LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| SILICON HILLS CAMPUS, LLC, | § | |
| | § | |
| Defendant. | § | 53rd JUDICIAL DISTRICT |

### AGREED ORDER AUTHORIZING NON-JUDICIAL FORECLOSURE SALE OF PROPERTY SUBJECT TO RECEIVERSHIP

Came on for consideration the Motion for Order Authorizing Non-Judicial Foreclosure Sale of Property, or in the Alternative, for Order Terminating Receivership (the "**Authorization Motion**") filed by Plaintiff, Tuebor REIT Sub LLC ("**Lender**"). Based on the statements in the Motion, the terms of the Order Appointing Receiver (the "**Receiver Order**"), and the statements of counsel for Lender, Borrower, and the Receiver made at the November 21, 2019 hearing on Silicon Hills Campus, LLC's ("**Borrower**") Motion for Continuance, and Motion to Consolidate with Prior Duplicative Proceedings, the Court determines that the Authorization Motion should be granted. Therefore, it is accordingly,

ORDERED that the Authorization Motion is GRANTED as set out in this Order. It is further,

ORDERED that the trustee or substitute trustees under that certain Deed of Trust, dated as of February 6, 2018 and executed by Borrower, are hereby authorized to conduct a non-judicial foreclosure sale of the property that is the subject of the Receiver Order on or after January 7, 2020, without the need of any further Order of the Court.

So ORDERED.

*BORROWER does not waive any objection to the foreclosure sale.*

*Signed DECEMBER 6, 2019*

71366482.2

LORA J. LIVINGSTON, Judge Presiding

**AGREED:**

_(signature)_

James H. Billingsley
State Bar No. 00787084
jbillingsley@polsinelli.com
Savanna L. Barlow
sbarlow@polsinelli.com
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033

*Attorneys for Plaintiff*

_(signature)_

Brian Elliott
State Bar No. 24101036
belliott@world-class.com
814 Lavaca Street
Austin, Texas 78701
Telephone: (512) 605-6622
Facsimile: (512) 322-9238

*Attorney for Defendant*

_(signature)_

Christopher L. Chauvin
State Bar No. 24045644
Chris.chauvin@tklaw.com
Alexander T. Dimock
State Bar No. 24094628
Alex.dimock@tklaw.com
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201

*Attorneys for Receiver*