UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUEBOR REIT SUB LLC,
                Plaintiff,

-v-

NATIN PAUL,
                Defendant.

19-CV-8540 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Tuebor REIT Sub LLC moves to substitute ATX Debt Fund 1, LLC as Plaintiff in this action pursuant to Federal Rule of Civil Procedure 25. (Dkt. No. 36.) Tuebor REIT Sub LLC has assigned the loan and loan documents at issue in this case to ATX Debt Fund 1, LLC. (Dkt. No. 37 ¶¶ 2–4; Dkt. No. 37-1.) "If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." Fed. R. Civ. P. 25(c). Seeing no reason not to substitute ATX Debt Fund 1, LLC or opposition, the Court grants this motion.

The Clerk of Court is respectfully ordered to substitute Plaintiff Tuebor REIT Sub LLC with ATX Debt Fund 1, LLC.

    SO ORDERED.

Dated: July 12, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge