# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: +1 212.351.3827
Fax: +1 212.351.5254
MKarlan@gibsondunn.com

March 24, 2022

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *ATX Debt Fund 1, LLC v. Natin Paul*, Case No. 19-cv-8540-JPO

Dear Judge Oetken:

Pursuant to Your Honor's March 8, 2022 Order, Plaintiff ATX Debt Fund 1, LLC ("ATX 1") submits the enclosed proposed Civil Case Management Plan and Scheduling Orders ("CMO"). The parties exchanged drafts of the CMOs, but were unable to reach agreement on all issues. Attached as Exhibit 1 is ATX 1's CMO and attached as Exhibit 2 is Defendant's CMO, which we are filing at Defendant's request.

Respectfully,

Mitchell A. Karlan

cc:  All Counsel of Record (via ECF)