UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ATX DEBT FUND 1, LLC,

        Plaintiff/Counterclaim Defendant

Case No. 19-cv-8540-JPO

-against-

NATIN PAUL A/K/A NATE PAUL,

        Defendant/Counterclaim Plaintiff,

----------------------------------------------------------------x

NATIN PAUL A/K/A NATE PAUL,

        Defendant/Third-Party Plaintiff,

**NOTICE OF APPEARANCE**

-against-

KARLIN REAL ESTATE LLC, KARLIN REAL ESTATE 2, LLC, ATX DEBT FUND 2, LLC, KARLIN ASSET MANAGEMENT, INC., KARLIN RIVER PLACE, LLC, KARLIN CESAR CHAVEZ, LLC, KARLIN EAST SIXTH, LLC, KARLIN MOUNTAIN RIDGE, LLC, KARLIN PHILLIPS BUILDING, LLC, KARLIN 320 CONGRESS, LLC, KARLIN 422 CONGRESS, LLC, MATTHEW SCHWAB, TUEBOR REIT SUB LLC, LADDER CAPITAL FINANCE, LLC, LADDER CAPITAL CORP., ELIZABETH NICOLLE (LIZ) BOYDSTON, JAMES H. BILLINGSLEY, AND JOHN DOE DEFENDANTS 1-10,

        Third-Party Defendants.

----------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

**To:  THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE ENTER THE APPEARANCE of Scale LLP, by Joseph Kiefer, Esq., as co-counsel in this action on behalf of Natin Paul (along with MCSHAPIRO LAW GROUP PC, who shall continue to serve as lead counsel for Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Paul.) The undersigned certifies that he is admitted to practice in this Court.

Date: Brooklyn, New York
January 20, 2023

**SCALE LLP**

By: */s/ Joseph Kiefer*
Joseph Kiefer (KI-4130)
218 20th Street
Brooklyn, New York 11232
(T) 415-735-5933
(E) jkiefer@scalefirm.com

*Incoming Co-counsel for Defendant/ Counterclaim Plaintiff/ Third-Party Plaintiff Natin Paul*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Appearance* was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing to the following counsel of record:

**Adam John Jantzi**
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue
New York, NY
10166 Tel: 212-351-
2436
Email: ajantzi@gibsondunn.com

**Mitchell Alan Karlan**
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue
New York, NY
10166 Tel: 212-351-
3827
Fax: 212-351-5254
Email: mkarlan@gibsondunn.com

**Bradley Robert Gardner**
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City, MO 64112
Tel: 816-753-1000
Fax: 816-753-1536
Email: bgardner@polsinelli.com

**Mitchell C. Shapiro**
MCShapiro Law Group PC (NY)
Three Grave Avenue, Suite 100
Great Neck, New York 11201
Tel: 917.446.3628
Fax: 646.304.7555
Email: mcs@mcshapirolaw.com

By: */s/     Joe Kiefer    .*
Joseph Kiefer