UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATX DEBT FUND 1, LLC,

                Plaintiff,

-v-

NATIN PAUL, *et al.*,

                Defendant.

19-CV-8540 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Having reviewed the parties' submissions proposing schedules for discovery, the Court hereby orders that discovery shall proceed on the first-party claims filed by ATX Debt Fund 1, LLC ("ATX 1") on the following schedule:

- All fact discovery shall be completed no later than April 28, 2023.
    - Initial document production requests shall be served by February 3, 2023.
    - Interrogatories shall be served no later than February 17, 2023.
    - Requests to admit shall be served no later than February 17, 2023.
    - The deadline for producing documents shall be March 24, 2023.
    - Fact depositions shall be completed no later than April 28, 2023.
- The parties shall file a joint status letter by May 5, 2023.

With regard to discovery on the third-party claims and counterclaims brought by Defendant Natin Paul ("Paul"), the Court declines to order a discovery schedule at the present time. Instead, the Court will issue another schedule governing discovery on those claims after it has issued an opinion resolving ATX 1's pending motion to dismiss Paul's counterclaims. (*See* Dkt. No. 67.) In the interim, discovery shall not proceed on Paul's counterclaims and third-party

claims except to the extent that such discovery overlaps or is otherwise duplicative with discovery on ATX 1's first-party claims.

    SO ORDERED.

Dated: January 25, 2023
      New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge