UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATX DEBT FUND 1, LLC<br><br>    Plaintiff/Counterclaim Defendant,<br><br>  -against-<br><br>NATIN PAUL a/k/a NATE PAUL,<br><br>    Defendant/Counterclaimant.<br><br>NATIN PAUL a/k/a NATE PAUL,<br><br>    Defendant/Third-Party Plaintiff,<br><br>  -against-<br><br>KARLIN REAL ESTATE, LLC, KARLIN REAL ESTATE 2, LLC, ATX DEBT FUND 2, LLC, KARLIN ASSET MANAGEMENT, INC., KARLIN RIVER PLACE, LLC, KARLIN CESAR CHAVEZ, LLC, KARLIN EAST SIXTH, LLC, KARLIN MOUNTAIN RIDGE, LLC, KARLIN PHILLIPS BUILDING, LLC, KARLIN 320 CONGRESS, LLC, KARLIN 422 CONGRESS, LLC, MATTHEW SCHWAB, TUEBOR REIT SUB LLC, LADDER CAPITAL FINANCE LLC, LADDER CAPITAL CORP., ELIZABETH NICOLLE (LIZ) BOYDSTON, JAMES H. BILLINGSLEY, AND JOHN DOES 1-10,<br><br>    Third-Party Defendants. | Case No. 19-cv-8540 (JPO)<br><br>**Oral Argument Requested** |

**PLAINTIFF ATX DEBT FUND 1, LLC'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that the undersigned counsel on behalf of Plaintiff ATX Debt Fund 1, LLC ("ATX 1") will move this Court before the Honorable J. Paul Oetken, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, on

1

a date set by the Court, for an Order granting ATX 1's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, ATX 1 relies on the accompanying Memorandum of Law, Statement of Material Facts, the Declaration of Navid Moshtaghi with exhibits, and the Declaration of Jefferson E. Bell with exhibits, and all of the prior pleadings and proceedings herein.

For the foregoing reasons, the Court should grant ATX 1's Motion for Summary Judgment.

Dated: May 12, 2023                 Respectfully submitted,

By:  /s/ Jefferson E. Bell
Mitchell A. Karlan
Jefferson E. Bell
Adam J. Jantzi
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
mkarlan@gibsondunn.com
jbell@gibsondunn.com
ajantzi@gibsondunn.com

Clifford Hwang
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
chwang@gibsondunn.com

*Attorneys for Plaintiff/Counterclaim-Defendant ATX Debt Fund 1, LLC*