AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ATX Debt Fund 1, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19-cv-8540-JPO |
| Natin Paul a/k/a Nate Paul | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Karlin Real Estate, LLC, et. al. | ) |
| *Third-party defendant* | ) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Karlin River Place, LLC
11755 Wilshire Blvd, STE 1400
Los Angeles, CA 90025

   A lawsuit has been filed against defendant  Natin Paul  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  ATX Debt Fund 1, LLC  .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Mitchell C. Shapiro, Esq. of MCShapiro Law Group PC      &    Joe Kiefer, Esq. of Scale LLC
Three Grace Avenue, Suite 100                                                  228 Park Avenue S, Suite 86147
Great Neck, NY 11021                                                                   New York, NY 10003
(E) mcs@shapirolaw.com/(T) 917.446.3628                           (E) jkiefer@scalefirm.com/(T) 415.735.5933

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mitchell Karlan, Esq. of Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166
(E) mkarlan@gibsondunn.com/(T) 212.351.4000

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   06/05/2023

*CLERK OF COURT*

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*



AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 19-cv-8540-JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: