UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ATX DEBT FUND 1, LLC,

        Plaintiff,

- against -

NATIN PAUL A/K/A NATE PAUL,

        Defendant.
------------------------------------------------------------------x
NATIN PAUL A/K/A NATE PAUL,

        Defendant/Third-Party Plaintiff,

   -against-

KARLIN REAL ESTATE LLC, KARLIN REAL ESTATE 2, LLC, ATX DEBT FUND 2, LLC, KARLIN ASSET MANAGEMENT, INC., KARLIN RIVER PLACE, LLC, KARLIN CESAR CHAVEZ, LLC, KARLIN EAST SIXTH, LLC, KARLIN MOUNTAIN RIDGE, LLC, KARLIN PHILLIPS BUILDING, LLC, KARLIN 320 CONGRESS, LLC, KARLIN 422 CONGRESS, LLC, MATTHEW SCHWAB, TUEBOR REIT SUB LLC, LADDER CAPITAL FINANCE, LLC, LADDER CAPITAL CORP., ELIZABETH NICOLLE (LIZ) BOYDSTON, JAMES H. BILLINGSLEY, AND JOHN DOE DEFENDANTS 1-10,

        Third-Party Defendants.

------------------------------------------------------------------x

Case No. 19-cv-8540-JPO

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT, WITHOUT PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

    Third-Party Plaintiff Natin Paul, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses, without prejudice, his Third-Party Complaint (ECF Doc. No. 100) and the third-party claims interposed therein against Karlin Real Estate, LLC, Karlin Real Estate 2, LLC, Karlin Asset Management, Inc., Karlin River Place, LLC, Karlin Cesar Chavez, LLC, Karlin East Sixth, LLC, Karlin

Mountain Ridge, LLC, Karlin Phillips Building, LLC, Karlin 320 Congress, LLC, Karlin 422 Congress, LLC, Matthew Schwab, Tuebor REIT Sub, LLC, Ladder Capital Finance, LLC, Ladder Capital Corp., Elizabeth Nicolle (Liz) Boydston, James H. Billingsley, and John Doe Defendants 1-10 (the "Third-Party Defendants").

    This voluntary dismissal of the Third-Party Complaint, without prejudice, should not be interpreted or construed in any way as an admission or concession by Third-Party Plaintiff as to the merits of his third-party claims or any of the underlying allegations thereof, nor as to the liability of any or all of the Third-Party Defendants or of any other parties or non-parties.

Dated: Reykjavik, Iceland
       August 9, 2023

Respectfully Submitted:

**MCSHAPIRO LAW GROUP PC**
By: /s/ *Mitchell C. Shapiro* .
   Mitchell C. Shapiro (MS-9019)
Three Grace Avenue, Suite 100
Great Neck, New York 11201
(T) 917.446.3628
(F) 646.304.7555
(E) mcs@mcshapirolaw.com

    -and-

**SCALE LLP**
Joseph Kiefer (KI-4130)
*Of Counsel: Mary Spooner, Esq.*
228 Park Ave S, Suite 86147
New York, New York 10003
(T) 415-735-5933
(E) jkiefer@scalefirm.com

*Attorneys for Defendant /Counterclaimant/ Third-Party Plaintiff Natin Paul*

So ordered.

New York, New York
8/24/2023

_____
J. PAUL OETKEN
United States District Judge