UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATX DEBT FUND 1, LLC,
                         Plaintiff,

                -v-

NATIN PAUL, *also known as Nate Paul*,
                        Defendant.

19-CV-8540 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On January 29, 2024, this Court issued an Opinion and Order granting a motion for summary judgment filed by Plaintiff ATX Debt Fund 1, LLC ("ATX") and directing the parties to submit filings on the amount of damages that ATX is to be awarded under the Guaranty. (ECF No. 231 at 18.) On February 12, 2024, ATX submitted a proposed judgment with supporting materials representing that ATX is entitled to an award of damages of $45,463,683.59. (ECF Nos. 232-236.) On February 26, 2024, Defendant Natin Paul ("Paul") filed an opposition to ATX's filings. (ECF No. 244.)

      Plaintiff ATX is directed to file a reply in support of its request for damages on the docket on or before March 12, 2024.

      Plaintiff ATX is further directed to provide the Court with time entries related to the legal services rendered by Gibson, Dunn & Crutcher LLP and Polsinelli PC for *in camera* review. ATX should provide those entries, also on or before March 12, 2024, by e-mailing them to the Court at OetkenNYSDChambers@nysd.uscourts.gov.

      ATX is directed to include sufficient detail in its submissions, either in its reply filed on the docket or in the materials provided to the Court *in camera*, for the Court to be able to

1

determine the matter on which, and the entity for whom, the relevant legal services were rendered.

SO ORDERED.

Dated: February 27, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge