UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- X
                                                                             :
ATX DEBT FUND 1, LLC                                                         :
                                                                             :  Case No. 19-cv-8540-JPO
                                    Plaintiff,                               :
         v.                                                                  :
                                                                             :
NATIN PAUL A/K/A NATE PAUL,                                                  :
                                                                             :
                                    Defendant.                               :
                                                                             :
---------------------------------------------------------------------------- X

**FINAL JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons stated in the Court's Opinions and Orders of the Honorable J. Paul Oetken on January 29, 2024, Dkt. 231, and on May 9, 2024, Dkt. 258, final judgment is entered in favor of ATX Debt Fund 1, LLC ("ATX 1") and against Natin Paul a/k/a Nate Paul ("Paul"), as follows:

For Paul's breaches of the Silicon Hills Loan Guaranty, ATX 1 is entitled to recover from Paul **$46,999,638.47**, which is calculated as follows:

    a. $73,935,801.13, the outstanding loan balance as of the Loan Acquisition Date, *see* Ex. A at Ladder Payoff Statement;

    b. $20,381,817.65 for accrued and unpaid contractual interest, calculated at the Default Rate from the Loan Acquisition Date to May 23, 2024 and continuing to accrue at the Default Rate until judgment is entered, *see id*. at Judgment Calculation (adding columns 9 and 10);

    c. $1,000,652.57 for late payment charges, *see id*. at Judgment Calculation (column 11);

    d. $4,681,367.11 for the following:

        i. $4,230,768.92 in accrued expenses, including (1) $2,297,175.11 for lender expenses, including protective advances, loan servicing fees, and foreclosure fees and accrued and unpaid interest, *see id*. at Accrued Expenses; and (2) $1,933,593.81 for attorneys' fees, including interest between the date of payment and the then current interest period, reflecting $1,591,460.47 in fees for Gibson, Dunn & Crutcher LLP and $342,133.34 in fees for Polsinelli PC, *id*. at Accrued Legal Expenses; and

      ii. $450,598.19 for accrued and unpaid interest on attorneys' fees as of May 23, 2024, calculated at the Default Rate starting from the dates on which the expenses and fees were paid and continuing to accrue at the Default Rate until judgment is entered, *see id.* at Judgment Calculation – Legal Fees (adding columns 9 and 10); and

  e. **Less** $53,000,000.00, reflecting a reduction of the outstanding loan balance from the lender's credit bid.

The above does not reflect post-judgment interest, which ATX 1 may request and be entitled to recover pursuant to 28 U.S.C. § 1961(a).

Upon entry of judgment, the Clerk is directed to mark this case as closed.

Dated: 5/29/2024

                                                  J. PAUL OETKEN
                                             United States District Judge