UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**File Number:** Case No. 19-cv-8540-JPO

------------------------------------------------------------------x

ATX DEBT FUND 1, LLC,

        Plaintiff/Counterdefendant,

  - against -                                    NOTICE OF APPEAL

NATIN PAUL A/K/A NATE PAUL,

        Defendant/Counterclaimant.

------------------------------------------------------------------x

      Notice is hereby given that Defendant/Counterclaimant Natin Paul ("Paul") in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in favor of Plaintiff on the 29th day of May, 2024 (Dkt. No. 262), and from all prior orders entered in this action, including without limitation those prior orders specifically referenced and incorporated into the judgment (Dkt. Nos. 231 and 258, granting summary judgment and denying reconsideration/vacatur of summary judgment order), the order dismissing Paul's counterclaims and defenses and the two orders denying reconsideration of the dismissal of the counterclaims and defenses (Dkt. Nos. 110, 199 and 221).

Dated:  June 27, 2024
           Great Neck, New York

                                                Respectfully submitted,

                                                **MCSHAPIRO LAW GROUP PC**

                                                By:    */s/ Mitchell C. Shapiro*
                                                       Mitchell C. Shapiro, Esq.
                                                Three Grace Avenue, Suite 100
                                                Great Neck, New York 11021
                                                (T) 917.446.3628
                                                (F) 646.304.7555
                                                (E) mcs@mcshapirolaw.com

                  -and-

            **SCALE LLP**
                Robert S. Gans, Esq.
                (Of Counsel: Brian Elliott, Esq.,
                Jamie Wells, Esq., Mary Spooner, Esq.,
                Corey Pedersen, Esq.)
            282 Park Ave. S, Suite 86147
            New York, New York 10003
            (T) 415.735.5933
            (E) rgans@scalefirm.com
                brian@scalefirm.com

            *Attorneys for Defendant/Counterclaimant*
            *Natin Paul*

**To: Counsel for All Parties via CM/ECF efiling and 1st Class Mail**
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Attn: Jefferson Bell, Esq. (jbell@gibsondunn.com)
Adam Jantzi, Esq.  (ajantzi@gibsondunn.com)
*Attorneys for Plaintiff/Counterdefendant ATX Debt Fund 1, LLC*
*(and the Voluntarily Dismissed ATX/Karlin Third Party Defendants)*

POLSINELLI PC
600 Third Avenue, 42 Floor
New York, New York 10016
Telephone: (816) 360-4385
Attn: Bradley Gardner, Esq. (bgardner@polsinelli.com)
Dan Dooley, Esq. (ddooley@polsinell.com)
*Attorneys for the Voluntarily Dismissed Ladder Third Party Defendants*