**MANDATE**

19-cv-8540(JPO)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of August, two thousand twenty-four,

Tuebor REIT Sub LLC,

    Plaintiff-Third-Party-Defendant,

ATX Debt Fund 1, LLC,

    Plaintiff-Counter-Defendant-Appellee,

v.

Natin Paul, AKA Nate Paul,

    Defendant-Third-Party-Plaintiff-Appellant,

Karlin Real Estate LLC, Karlin Asset Management, Inc., Karlin Cesar Chavez, LLC, Karlin East Sixth, LLC, Karlin Mountain Ridge, LLC, Karlin Phillips Building, LLC, Karlin 422 Congress, LLC, Matthew Schwab, Ladder Capital Finance, LLC, Karlin Real Estate 2, LLC, Karlin 320 Congress, LLC, Karlin River Place, LLC, Elizabeth Nicolle (Liz) Boydston, James H. Billingsley, ATX Debt Fund 2, LLC,

    Third-Party-Defendants.

ORDER
Docket No. 24-1773

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 06 2024

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/06/2024