UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X
                                  :

ATX DEBT FUND 1, LLC                       :

                           :  Case No. 19-cv-8540-JPO

               Plaintiff,    :

     v.                    :  **SATISFACTION OF**
                           :  **JUDGMENT**

NATIN PAUL A/K/A NATE PAUL,     :

                           :

              Defendant.    :

                           :
-------------------------------------------------------------------------- X

WHEREAS, a judgment was entered in the above action on the 29th day of May, 2024 in favor of Plaintiff ATX Debt Fund 1, LLC and against Defendant Natin Paul; said judgment has been fully satisfied, and it is certified that there are no outstanding executions with any sheriff or marshal.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:  New York, New York
         November 12, 2025

                                 By:  */s/ Jefferson E. Bell*
                                      Jefferson E. Bell

                                    GIBSON, DUNN & CRUTCHER LLP
                                    200 Park Avenue
                                    New York, NY 10166-0193
                                    Telephone: (212) 351-4000
                                    jbell@gibsondunn.com

                                    *Attorney for Plaintiff ATX Debt Fund 1, LLC*

1